# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD TAYLOR,

    Plaintiff,

vs.

LAW OFFICE OF WILLIAM S. SKUPA,

    Defendant.

Case No. 2:11-CV-01101-JCM-(PAL)

**ORDER**

      Plaintiff, who is a prisoner in custody at the Clark County Detention Center, <u>see</u> 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed <u>in forma pauperis</u> with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

      IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

-2-

1   IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2   commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete
3   application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4   statement of his inmate account.  The clerk of the court shall enter judgment accordingly.
5   DATED:  July 14, 2011.

_____
JAMES C. MAHAN
United States District Judge